# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0288

VERSUS

LEO TRISTAN CHARLES

**JUNE 16, 2025**

---

In Re:    Leo Tristan Charles, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 540649-1.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** See **State v. White**, 2021-0202 (La. App. 1st Cir. 10/4/21), 330 So.3d 663.

**HG**
**TPS**

**McClendon, J.**, concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT